

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| H. B. ELECTRONICS, INC., AND H.B. ELECTRONICS, | § | No. 08-15-00353-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 448th District Court |
| v. | | |
| | § | of El Paso County, Texas |
| MARIA L. BUENO. | | |
| | § | (TC# 2012-DCV03302) |
| Appellee. | | |
| | § | |

# O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **June 20, 2016**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Steven J. Blanco, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before June 20, 2016.

IT IS SO ORDERED this 9th day of May, 2016.


PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.